FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
DEC 17 2004 5:10 pm
Betty A. Griess, Clerk
Cheyenne

# CRIMINAL MINUTE SHEET

**SENTENCING**

DATE 12/20/04 CASE NUMBER 04-CR-82-01B

TIME 3:45 - 4:50 pm INTERPRETER N/A

**USA vs.** JOSEPH CHERRY

| Clarence A. Brimmer | Helene Ellis | Jan Dew-Harris | John Olive | Kelly Jones |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

APPEARANCES: GOVERNMENT LISA LESCHUCK

DEFENDANT RONALD BROWN

CJA ☑ FPD ☐ RET ☐ WAIVED ☐

☑ Defendant acknowledges having read presentence report.
☐ Defendant's **objections to presentence report**.
☐ Court denies objections to presentence report. ☐ Court grants objections to presentence report.
Court granted Government's Motion for downward departure of 2 levels

☐ Government to move for departure within 1 year of sentencing.
☐ Witness(es):

**SENTENCING INFORMATION**

☑ Defendant is **committed to custody**
for a period of 12/1 Months as to Count 1

☐ Defendant is sentenced to time served.
☐ Sentence shall be served concurrent to

☑ Upon release from custody the defendant shall be on **supervised release**
for a period of 3 years.

☐ No term of supervised release imposed, defendant to be deported upon release from confinement.
☐ Defendant is placed on **probation** for a period of ________ Years

**Conditions of Probation/Supervised Release:**

☑ Obey all laws, Federal, State & Local.
☑ Abide by the standard conditions of supervision.
☐ Home confinement for a period of ____________.
☑ Not use or possess firearms/ammunition/explosives.
☑ Not purchase, use or possess alcohol/not frequent places where alcohol is bought, sold or dispensed.
☑ Submit to mandatory drug testing (w/in 15 day release..)
☑ Notify Probation of change in economic circumstance
☐ Notify employers of conviction.
☑ Report to Probation w/in 72 hours of release.
☑ Provide complete financial disclosure as directed.
☐ Electronic monitoring as directed by Probation.
☑ Not use or possess controlled substances/drugs.
☐ Mandatory Drug testing is waived.
☑ Submit to addt'l drug/alcohol testing & treatment
☑ Not open new lines of credit or incur new debt.

☑ Other Not gamble: off-track, casinos, day trading in stocks

**SENTENCING MINUTE SHEET - PAGE 2**

**MONETARY IMPOSITIONS**

☑ Defendant shall pay **special assessment(s)** in the amount of $ 100.00 as to Count 1.
for a **total** of $ 100.00.

☑ Special assessment is due & payable immediately.

☑ Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision.

☐ Defendant shall pay a **fine** in the amount of $______ as to Count(s) 1.
for a **total** of $______.

☐ Fine is due and payable immediately.

☐ Fine shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision.

☐ Fine shall be paid in monthly installments of at least $______ during the term of supervision..

☐ Fine shall be paid jointly and severally with ______.

☐ Fine is waived due to inability to pay.

☐ **Interest** requirement for fine/restitution is waived.

☑ Defendant shall make **restitution** in the amount of $ 157,772.12 as to Count(s) 1.
for a **total** of $ 157,772.12.

☑ Restitution is due and payable immediately.

☑ Restitution shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision.

☐ Restitution shall be paid in monthly installments of at least $______ during the term of supervision.

☑ Restitution shall be paid jointly & severally with co defendant Robert Childs.

☐ Other restitution information:

☐ Defendant is **remanded** to custody of US Marshal.

☑ Defendant shall **surrender** to designated prison on/before noon AM on 2/14/05.

☐ Defendant shall **report** to institution as directed by Probation.

☐ Court **recommends placement** at:
FCI - South Dakota YANKTON

☐ Court recommends defendant participate in the Bureau of Prison's 500-hour Intensive Drug Treatment Program.

☐ Court recommends defendant participate in substance abuse treatment while incarcerated.

☐ Defendant advised of right to **appeal**. ☐ Defendant **waives** right to appeal.

☐ Defendant shall **forfeit** the following property:

☐ Count(s) ______ of the Indictment **dismissed** on motion of the United States.

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
DEC 17 2004 5:10 pm

Betty A. Griess, Clerk
Cheyenne

# CRIMINAL MINUTE SHEET

**SENTENCING**

DATE 12/20/04

TIME 3:45 - 4:50 pm

CASE NUMBER 04-CR-82-01B

INTERPRETER N/A

**USA vs.** JOSEPH CHERRY

| Clarence A. Brimmer | Helene Ellis | Jan Dew-Harris | John Olive | Kelly Jones |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

APPEARANCES: GOVERNMENT LISA LESCHUCK

DEFENDANT RONALD BROWN

CJA ☑ FPD ☐ RET ☐ WAIVED ☐

☑ Defendant acknowledges having read presentence report.

☐ Defendant's **objections to presentence report**.

☐ Court denies objections to presentence report. ☐ Court grants objections to presentence report.

Court granted Government's Motion for downward departure of 2 levels

☐ Government to move for departure within 1 year of sentencing.

☐ Witness(es):

**SENTENCING INFORMATION**

☑ Defendant is **committed to custody**

for a period of 12/1 Months as to Count 1

☐ Defendant is sentenced to time served.

☐ Sentence shall be served concurrent to

☑ Upon release from custody the defendant shall be on **supervised release**

for a period of 3 years.

☐ No term of supervised release imposed, defendant to be deported upon release from confinement.

☐ Defendant is placed on **probation** for a period of ______ Years

**Conditions of Probation/Supervised Release:**

☑ Obey all laws, Federal, State & Local.

☑ Abide by the standard conditions of supervision.

☐ Home confinement for a period of ______________.

☑ Not use or possess firearms/ammunition/explosives.

☑ Not purchase, use or possess alcohol/not frequent places where alcohol is bought, sold or dispensed.

☑ Submit to mandatory drug testing (w/in 15 day release..)

☑ Notify Probation of change in economic circumstance

☐ Notify employers of conviction.

☑ Report to Probation w/in 72 hours of release.

☑ Provide complete financial disclosure as directed.

☐ Electronic monitoring as directed by Probation.

☑ Not use or possess controlled substances/drugs.

☐ Mandatory Drug testing is waived.

☑ Submit to addt'l drug/alcohol testing & treatment

☑ Not open new lines of credit or incur new debt.

☑ Other Not gamble: off-track, casinos, day trading in stocks

**SENTENCING MINUTE SHEET - PAGE 2**

**MONETARY IMPOSITIONS**

☑ Defendant shall pay **special assessment(s)** in the amount of $ 100.00 as to Count 1.
for a **total** of $ 100.00.
☑ Special assessment is due & payable immediately.
☑ Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision.

☐ Defendant shall pay a **fine** in the amount of $________ as to Count(s) 1.
for a **total** of $________.
☐ Fine is due and payable immediately.
☐ Fine shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision.

☐ Fine shall be paid in monthly installments of at least $________ during the term of supervision..
☐ Fine shall be paid jointly and severally with ________.
☐ Fine is waived due to inability to pay.
☐ **Interest** requirement for fine/restitution is waived.
☑ Defendant shall make **restitution** in the amount of $ 157,772.12 as to Count(s) 1.
for a **total** of $ 157,772.12.
☑ Restitution is due and payable immediately.
☑ Restitution shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision.

☐ Restitution shall be paid in monthly installments of at least $________ during the term of supervision.
☑ Restitution shall be paid jointly & severally with co defendant Robert Childs.
☐ Other restitution information:

☐ Defendant is **remanded** to custody of US Marshal.
☑ Defendant shall **surrender** to designated prison on/before noon AM on 2/14/05.
☐ Defendant shall **report** to institution as directed by Probation.
☐ Court **recommends placement** at:
FCI - South Dakota YANKTON

☐ Court recommends defendant participate in the Bureau of Prison's 500-hour Intensive Drug Treatment Program.
☐ Court recommends defendant participate in substance abuse treatment while incarcerated.
☐ Defendant advised of right to **appeal**. ☐ Defendant **waives** right to appeal.
☐ Defendant shall **forfeit** the following property:

☐ Count(s) ________ of the Indictment **dismissed** on motion of the United States.