MARK A. KLAASSEN
United States Attorney
C. LEVI MARTIN (WY Bar #6-3781)
Assistant United States Attorney
PO Box 668
Cheyenne, WY 82003
Telephone: 307-772-2124
Facsimile: 307-772-2123
christopher.martin@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF WYOMING**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>**JOSEPH T. CHERRY,**<br><br>Defendant. | **Criminal Action No. 04-CR-000082-1B** |

**SATISFACTION OF JUDGMENT AS TO MONETARY PENALTY**

The assessment, fine, and/or restitution to the Government imposed by the Court in the above-entitled action, having been paid or otherwise settled, the Clerk of the Court is hereby authorized and empowered to satisfy the Judgment as to the monetary penalty only.

DATED this 28th day of January, 2019.

MARK A. KLAASSEN
United States Attorney

By: */s/ C. Levi Martin*
C. LEVI MARTIN
United States Attorney