FILED
UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING
2:19 pm, 4/29/19
Stephan Harris
Clerk of Court

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF WYOMING**

**UNITED STATES OF AMERICA,**

Plaintiff,

**v.**

**JOSEPH T. CHERRY,**

Defendant.

**Criminal No. 1:04-CR-082-1B**

**ORDER TO CHANGE RESTITUTION PAYEE**

This matter is before the Court on the Government's motion for an order changing the restitution payee of the criminal judgment entered in this case against Defendant Joseph T. Cherry, on December 17, 2004, and the Court being fully advised,

**IT IS HEREBY ORDERED** that GE Capital Commercial, Inc., shall be substituted for Citicorp Vendor Finance, with any outstanding payments to be processed and remitted by the United States District Court Clerk.

DATED this 29th day of April, 2019.

Nancy D Freudenthal

NANCY D. FREUDENTHAL
United States District Court Judge